**No. 62069.**—Roberts, Reilly & Sons *v.* United States, protest 316077–K (New York).

Opinion by OLIVER, C. J. Since the protest was not filed within the time required by section 514, Tariff Act of 1930, it was dismissed as untimely.

**No. 62070.**—Georg Jensen, Inc. *v.* United States, protest 314098–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of laminated chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62071.**—Georg Jensen, Inc. *v.* United States, protest 58/3030 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of laminated chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62072.**—Bonniers, Inc. *v.* United States, protest 238083–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of furniture similar in all material respects to that the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62073.**—Joseph Ebrahimoff et al. *v.* United States, protests 124538–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.

**No. 62074.**—W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protest 314321–K (A) (New York).